# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147388(36)(37)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SHELTON CARTER,
　　　　　Defendant-Appellant.

SC: 147388
COA: 312414
Wayne CC: 08-016290-FC

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to stay the proceedings and remand is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0127